U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL - 7 2005

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| SAMPSON COLBERT | DOCKET NO. 1:04 CV 2481 |
| | SECTION P |
| VS. | JUDGE DRELL |
| WARDEN RICHARD SPINNER | MAGISTRATE JUDGE KIRK |

### JUDGMENT OF DISMISSAL

After an independent review of the record, noting the absence of objections thereto, and in concurring with the reasoning of the Magistrate Judge in the Report and Recommendation previously filed herein,

**IT IS ORDERED** that this civil rights action is **DENIED AND DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, at Alexandria, Louisiana, on this 7th day of July, 2005.

DEE D. DRELL
**UNITED STATES DISTRICT JUDGE**